IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTHA KEPHART,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN HOME MORTGAGE, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:10-CV-2660-TWT |

## ORDER

This is a pro se civil action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 2]. As set forth in the Report and Recommendation, foreclosing on a security interest is not a debt collection activity for purposes of the Act. I approve and adopt the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 2] is GRANTED.

SO ORDERED, this 18 day of March, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Kephart\r&r.wpd